UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John R. Taffe, | Case No. 16-cv-3884 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

---

This matter is before the Court on the October 17, 2017 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (Dkt. 18.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curium). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    The October 17, 2017 Report and Recommendation, (Dkt. 18), is **ADOPTED**;

    2.    Plaintiff John R. Taffe's motion for summary judgment, (Dkt. 12), is **GRANTED IN PART** and **DENIED IN PART** as addressed in the Report and Recommendation;

3. Defendant Nancy A. Berryhill's motion for summary judgment, (Dkt. 15), is **GRANTED IN PART** and **DENIED IN PART** as addressed in the Report and Recommendation; and

4. This matter is **REMANDED** to the Appeals Council for consideration of the new evidence from Dr. Michael Sharland and Dr. Lynn Quenemoen, as addressed in Part III.A and Part III.B of the Report and Recommendation.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  November 14, 2017                                s/Wilhelmina M. Wright
                                                                        Wilhelmina M. Wright
                                                                       United States District Judge