UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John R. Taffe, | Case No. 16-cv-3884 (WMW/HB) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

---

This matter is before the Court on the February 6, 2018 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (Dkt. 26.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The February 6, 2018 Report and Recommendation, (Dkt. 26), is **ADOPTED**;

2. Plaintiff John R. Taffe's motion for attorneys' fees and costs, (Dkt. 22), is **GRANTED**;

    3.    Taffe is awarded $2,281.25 in attorneys' fees and $400 in costs;

    4.    The fee award shall be paid to Taffe, as the litigant; and

    5.    The $400 in costs shall be paid from the Judgment Fund administered by the United States Treasury.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 21, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge